UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SHARON WILSON,

              Plaintiff,

  vs.

SNOHOMISH COUNTY, GLENN DeWITT and MATTHEW LEASE,

      Defendants.

Case No: 2:23-cv-00406-BJR

**ORDER**

Upon consideration of Plaintiff's Notice of Settlement In Principle and Motion To Vacate All Deadlines and the entire record herein, it is this 26th day of October, 2023,

**ORDERED** that Plaintiff's Notice of Settlement In Principle and Motion To Vacate All Deadlines be and is hereby GRANTED; and it is

**ORDERED** that the parties have until December 7, 2023, to file a Stipulated Dismissal in accordance with their settlement agreement; and it is

**FURTHER ORDERED** that all deadlines in the above-captioned case is and hereby **VACATED.**

**SO ORDERED.**

*Barbara J. Rothstein*
United States District Judge

PLAINTIFFS NOTICE OF SETTLMENT - 2

VALDEZ LEHMAN, PLLC
14205 SE 36TH STREET SUITE 100
BELLEVUE, WA 98006
(425)-458-4415