THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON WILSON,<br><br>      Plaintiffs,<br><br>vs.<br><br>SNOHOMISH COUNTY, GLENN DeWITT, and MATTHEW LEASE,<br><br>      Defendants. | NO.  2:23-cv-00406-BJR<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sharon Wilson and all Defendants Snohomish County, Glenn DeWitt and Matthew Lease, that all of Plaintiff's claims against these named Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorney' fees to either party.

DATED this 12th day of December, 2023.

              JAMES BIBLE LAW GROUP

              */s/ Jesse Valdez*
              Jesse Valdez, WSBA #35378
              Attorney and Co-counsel for Plaintiff
              14205 SE 36th Street, Suite 100
              Bellevue, WA 98006
              (425) 458-4415

jesse@valdezlehman.com

/s/Errin Loyal
Errin Loyal, WSBA #56672
Attorney and Co-Counsel for Plaintiff
600 Stewart Street, Suite 400
Seattle, WA 98101
(401) 379-0333
errin@loyallawgroup.com

SNOHOMISH COUNTY

Scott Marlow WSBA# 25987
Attorney and Co-Counsel for Defendants
Snohomish County Prosecuting Attorney (Civil)
3000 Rockefeller Ave M/S 504
Everett, WA 98201
(425) 388-6330
Scott.marlow@co.snohomish.wa.us

Margaret Duncan, WSBA # 47876
Attorney and Co-Counsel for Defendants
Snohomish County Prosecuting Attorney (Civil)
3000 Rockefeller Ave M/S 504
Everett, WA 98201
(425) 388-6333
Margaret.duncan@co.snohomish.wa.us

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendants are dismissed with prejudice and without assessment by the Court of costs or attorney's fees to either party.

DATED this 15th day of December 2023.

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge